**SCHWARTZ SLADKUS REICH GREENBERG ATLAS** LLP

Milad Boddoohi- Direct: 212-743-7039 – mboddoohi@ssrga.com

APPLICATION GRANTED
SO ORDERED [signature]
VERNON S. BRODERICK
U.S.D.J.  1/8/2019

<u>By ECF</u>

Hon. Vernon S. Broderick, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10017

Re:   *Jose Figueroa v. Anna Holder, Emil Stefkov and Petite Boucherie LLC* 1:18-cv-11770
       <u>Agreed Letter Motion Requesting Further Extension of Time To Answer</u>

Dear Judge Broderick:

   This firm was just recently retained to represent defendant Anna Holder ("Holder") in the above-referenced action. The parties have had some preliminary settlement discussions which would dispose of this matter in its entirety. Therefore, in the interest of judicial economy and to avoid unnecessary expense and to allow my office to familiarize ourselves with the file, we respectfully submit this letter motion for an extension of Holder's time to answer the complaint until January 23, 2019. The original date by which Holder is required to file an answer is January 9, 2019. Counsel for plaintiff has consented to this request for a two-week extension. This is Holder's first request for an extension of time to answer.

Respectfully submitted,

<u>s/Milad Boddoohi</u>
Milad Boddoohi

cc:   Stuart Finkelstein, Esq. (by ECF)
      Finkelstein Law Group, PLLC
      Counsel for Plaintiff