UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
JOSE FIGUEROA,   Case No.: 1:18-cv-11770

               Plaintiff,

-against-   VOLUNTARY DISMISSAL
   WITH PREJUDICE

ANNA HOLDER, EMIL STEFKOV and PETITE
BOUCHERIE LLC,

               Defendants.
-------------------------------------------------X

**WHEREAS,** no Answer, no Notice of Appearance and no Motion has been filed by defendants EMIL STEFKOV and PETITE BOUCHERIE, LLC,

**WHEREFORE,** Plaintiff hereby agrees to voluntarily dismiss this action with prejudice as to defendants EMIL STEFKOV and PETITE BOUCHERIE, LLC, pursuant to Rule 41(a)(l)(i) of the Fed. R. Civ. P. and requests that the Clerk enter this Stipulation pursuant to Rule 41(a)(l)(i) of the Fed. R. Civ. without an order of the Court. Each party shall bear his or her own attorney's fees and costs.

Dated: Syosset, New York
       January 28, 2019

Stuart H. Finkelstein, Esq.
338 Jericho Turnpike
Syosset, New York 11791
(718) 261-4900