UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
JOSE FIGUEROA,

                Plaintiff,

      -against-

ANN HOLDER, EMIL STEFKOV and
PETITE BOUCHERIE, LLC,

                Defendants.
-----------------------------------------------------------X

STIPULATION
OF DISMISSAL WITH PREJUDICE

Case No. 1:18-cv-11770 VSB

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-captioned action shall be and is hereby dismissed, with prejudice and without costs, or disbursements, or attorney's fees to any party, against Defendant ANNA HOLDER, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and requests that the Clerk enter this Stipulation without an order of the Court.

Dated: Syosset, New York
       January 29, 2019

FINKELSTEIN LAW GROUP, PLLC

By: _____
     Stuart H. Finkelstein, Esq.
     338 Jericho Turnpike
     Syosset, New York 11791
     *Attorney for Plaintiff*

By: _____
     ~~Eric M. Sable~~, Esq. Milad Boddoohi
     270 Madison Avenue
     New York, New York 10016
     *Attorneys for Defendants ~~Edward Taylor and Bleecker Fish, LLC~~*
     Anna Holder